Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Meredith Lierz (SBN 296650)
*mlierz@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Phone: 310.474.9111
Fax: 310.474.8585

Joseph J. Siprut (*pro hac vice*)
*jsiprut@siprut.com*
Ismael T. Salam (*pro hac vice*)
*isalam@siprut.com*
**SIPRUT PC**
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Attorneys for Plaintiff*
*MARGARITA QUEZADA*

Gay Crosthwait Grunfeld (SBN 121944)
*ggrunfeld@rbgg.com*
Ernest Galvan (SBN 196065)
*egalvan@rbgg.com*
Michael Freedman (SBN 262850)
*mfreedman@rbgg.com*
**ROSEN BIEN GALVAN & GRUNFELD LLP**
50 Fremont Street, 19th floor
San Francisco, California 94105-2235
Phone: (415) 433-6830
Fax: (415) 433-7104

*Attorneys for Defendant*
*U.S. HISPANIC VENTURES*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/7/16

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA QUEZADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HISPANIC VENTURES, INC., a California corporation dba MILAGROS DE MEXICO,<br><br>Defendant. | Case No. 4:15-cv-05785-YGR<br><br>**STIPULATION AND NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of Defendant U.S. Hispanic Ventures, Inc., Plaintiff Margarita Quezada hereby dismisses her individual claims with prejudice and the claims of the proposed Class without prejudice.

Respectfully submitted,

Dated: March 4, 2016        */s/ Robert Ahdoot*
                            Robert Ahdoot

                            *Counsel for Plaintiff*


Dated: March 4, 2016        */s/ Gay Crosthwait Grunfeld*
                            Gay Crosthwait Grunfeld

                            *Counsel for Defendant*


## ATTESTATION OF FILER

The undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 4, 2016        */s/ Robert Ahdoot*
                            Robert Ahdoot